1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7                              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   In re Zyprexa Products Liability Litigation          **ORDER STAYING CASES**
                                                          **PENDING DETERMINATION**
11   _____/           **BY MDL PANEL**

12

13          Numerous actions involving Zyprexa products liability have been filed in this Court.  A

14   transfer determination by the Judicial Panel on Multidistrict Litigation is pending as MDL-

15   1596.  Until that determination is made, all of the following cases are **STAYED** and, accordingly,

16   any deadlines or pretrial conferences in these cases are **VACATED**:

17   C05-04830 WHA
     C05-04895 WHA
18   C05-05012 WHA
     C05-05013 WHA
19   C05-05077 WHA
     C05-05092 WHA
20   C06-00036 WHA
     C06-00041 WHA
21   C06-00252 WHA
     C06-00565 WHA
22   C06-00583 WHA
     C06-00584 WHA
23   C06-00598 WHA
     C06-00663 WHA
24   C06-00900 WHA
     C06-00958 WHA
25   C06-00961 WHA
     C06-00969 WHA
26   C06-01024 WHA
     C06-01033 WHA
27   C06-01040 WHA
     C06-01043 WHA
28   C06-01053 WHA

**United States District Court**
For the Northern District of California

C06-01056 WHA
C06-01077 WHA
C06-01085 WHA
C06-01093 WHA
C06-01110 WHA
C06-01116 WHA
C06-01117 WHA
C06-01123 WHA
C06-01126 WHA
C06-01128 WHA
C06-01129 WHA
C06-01131 WHA
C06-01155 WHA
C06-01242 WHA
C06-01246 WHA
C06-01263 WHA
C06-01273 WHA
C06-01284 WHA
C06-01287 WHA
C06-01339 WHA
C06-01340 WHA
C06-01406 WHA
C06-01489 WHA
C06-01532 WHA

**IT IS SO ORDERED.**

Dated:  February 28, 2006.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2